MEMORANDUM DECISIONS 1117

ELDRED, Respondent, v. IRON STEAM-BOAT CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by John A. Eldred against the Iron Steamboat Company of New Jersey. No opinion. Judgment unanimously affirmed, with costs.

ELLIOTT, Respondent, v. NILES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by George F. Elliott against William W. Niles and another. No opinion. Motion to dismiss appeal denied, without costs.

EMPIRE CITY LUMBER CO. v. S. & I. HOLDING CO. et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by the Empire City Lumber Company against the S. & I. Holding Company and others, in which the estate of S. Weinstein appeals. No opinion. Motion denied, with $10 costs. See, also, 141 N. Y. Supp. 1118.

E N G L I S H, Respondent, v. STEEPLE-CHASE PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by William J. English against the Steeplechase Park Company.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS and RICH, JJ., dissent.

EQUITABLE TRUST CO. OF NEW YORK, Appellant, v. DAVIS, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Equitable Trust Company of New York against Charles J. Davis. H. G. McLear, of New York City, for appellant. H. A. Andrewes, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ESTABROOK, Appellant, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by George M. Estabrook against Frederick P. Morris and others. No opinion. Order of the County Court of Nassau county affirmed, with $10 costs and disbursements.

EUKONE v. O'ROURKE ENGINEERING & CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by John Eukone against the O'Rourke Engineering & Construction Company. No opinion. Motion granted, with $10 costs. Order filed.

EVANS et al. v. PELTZ et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Bertha Evans and another against Charles J. Peltz and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 941, 141 N. Y. Supp. 1118.

In re EVANS' WILL. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) In the matter of the probate of the last will and testament of Elizabeth T. Evans, deceased. No opinion. Decree unanimously affirmed, with costs.

EVERDELL, Respondent, v. BANKERS' LIFE INS. CO. OF CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Henry C. Everdell against the Bankers' Life Insurance Company of the City of New York, impleaded with others. C. D. Coyle, of Buffalo, for appellant. H. Barry, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 143 App. Div. 932, 128 N. Y. Supp. 1122.

In re FARLEY State Excise Com'r (two cases). (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of Wm. W. Farley, as State Commissioner of Excise.
PER CURIAM. Orders affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM, P. J., and SCOTT, J., dissent.

FARMERS' LOAN & TRUST CO., Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Farmers' Loan & Trust Company against James F. McDonald and others. No opinion. Judgment affirmed, with costs. Order filed.

FARMERS' LOAN & TRUST CO., Respondent, v. NEW YORK FINANCE CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Farmers' Loan & Trust Company against the New York Finance Company and others. F. W. Frost, of New York City, for appellants. E. H. Blanc, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FITZPATRICK, Respondent, v. DE MOTT, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles B. Fitzpatrick against Charles T. De Mott. No opinion. Judgment affirmed, with costs.

F. K. JAMES CO. v. HYMAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the F. K. James Company against Isaac B. Hyman. No opinion. Application denied, with $10 costs. Order signed.

FLATAUER v. LOSER. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Addie P. Flatauer against Henrietta Loser. No opinion. Motion granted; question certified; order filed. See, also, 141 N. Y. Supp. 951.